727 A.2d 456

IN THE MATTER OF JOSEPH CAPODICI,
AN ATTORNEY AT LAW.

April 7, 1999.

## ORDER

The Disciplinary Review Board on January 5, 1999, having filed with the Court its decision concluding that **JOSEPH CAPODICI,** formerly of **JERSEY CITY,** who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate with client);

And the Disciplinary Review Board having further concluded that respondent should be required to refund the sum of $250 to his client Ramon Gadia;

And good cause appearing;

It is ORDERED that **JOSEPH CAPODICI** is hereby reprimanded; and it is further

ORDERED that within sixty days of the filing date of this Order, respondent shall refund the sum of $250 to his client Ramon Gadia; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.